UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-175 |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR LAZAREO JONES (ID#) 49052-048 |
| vs. | |
| LAZAREO JONES, Aka Lazario Jones, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **LAZAREO JONES** before the United States District Court at Las Vegas, Nevada, on or about __I/A & A/P Wed 7/15/2015 3:00 PM PAL 3B__, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: June 17, 2015

_____
UNITED STATES MAGISTRATE JUDGE

```
1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   PHILLIP N. SMITH, JR.
3  Assistant United States Attorney
   333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada 89101
   702-388-6336
5
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr- 175 |
| Plaintiff, | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR LAZAREO JONES |
| vs. | (ID#) 49052-048 |
| LAZAREO JONES, Aka Lazario Jones, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **LAZAREO JONES**, is committed by due process of law in the custody of the Warden, USP Victorville, Victorville, California, that it is necessary that the said **LAZAREO JONES** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **LAZAREO JONES** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on ___ I/A & A/P Wed 7/15/2015 3:00 PM PAL 3B _____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **LAZAREO JONES** before the United States District Court on or about ___ I/A & A/P Wed 7/15/2015 3:00 PM PAL 3B _____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, USP Victorville, Victorville, California, and to the United States Marshal for the District of Nevada, commanding them to produce the said **LAZAREO JONES** before the United States District Court on or about _____ I/A & A/P Wed 7/15/2015 3:00 PM PAL 3B ___, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, USP Victorville, Victorville, California.

DATED this 17th day of June, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

_____
PHILLIP N. SMITH, JR.
Assistant United States Attorney

2